1154

No. 05–8181. WALKER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–8182. CANNON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–8185. TORRES GONZALES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–8189. HORTON *v.* MARTIN ET AL.; HORTON *v.* SHULL ET AL.; and HORTON *v.* BROWNLEE. C. A. 4th Cir. Certiorari denied.

No. 05–8191. GATES, AKA HAYES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–8192. HICKMON *v.* ALPERT. C. A. 11th Cir. Certiorari denied.

No. 05–8196. JOHNSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–8198. GRAY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–8199. MEDINA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–8200. LINCOLN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–8202. LUEBBERT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–8203. HACKNEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–8204. GOFF *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8205. NICHOLS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–8206. PEREZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.